# EXHIBIT H

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
## VA 2-247-632
**Effective Date of Registration:**
April 14, 2021
**Registration Decision Date:**
April 16, 2021

---

## Title

**Title of Work:** Cake Design Logo

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** October 23, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** James Clelland
  **Author Created:** 2-D artwork
  **Citizen of:** United States

- **Author Created:** 2-D artwork
  **Domiciled in:** United States
  **Anonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** AK FUTURES LLC
15 Macarthur Place, Unit 1401, Santa Ana, CA, 92707, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Name:** Matthew Miller
**Email:** matt@millermlaw.com
**Telephone:** (858)755-6688
**Alt. Telephone:** (858)349-0511
**Address:** 755 Fresca Court

Page 1 of 2

Exhibit H, Page 85

Solana Beach, CA 92075 United States

## Certification

**Name:** Matthew Miller
**Date:** April 14, 2021
**Applicant's Tracking Number:** 6066

**Correspondence:** Yes

