Roya Rahmanpour (SBN 285076)
Roya.Rahmanpour@btlaw.com
**BARNES & THORNBURG LLP**
2029 Century Park East, Suite 300
Los Angeles, California 90067
Telephone:   (310) 284-3880
Facsimile:    (310) 284-3894

Attorney for Defendant and Counterclaimant
LIMITLESS TRADING CO., LLC and
Counterclaimant A1 WHOLESALE SUPPLY, LLC

## IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AK FUTURES LLC<br><br>Plaintiff,<br><br>v.<br><br>LIMITLESS TRADING CO., LLC d/b/a CALI KULTURE, a California limited liability company; and DOES 1-10<br><br>Defendants. | Case No. 8:21-cv-01154-JVS-ADS<br><br>[Assigned to Hon. Judge James V. Selna]<br><br>**ANSWER AND COUNTERCLAIMS**<br><br>**DEMAND FOR JURY TRIAL** |
| LIMITLESS TRADING CO., LLC d/b/a CALI KULTURE, a California limited liability company and A1 Wholesale Supply, LLC d/b/a CALI KULTURE, a Georgia limited liability company<br><br>Counter-claimants,<br><br>v.<br><br>AK FUTURES LLC, a Delaware limited liability company; and DOES 1-10<br><br>Counter-defendants. | |

COMES NOW Defendant Limitless Trading Co., LLC ("Limitless") by and through its attorneys, answers the Complaint filed by AK Futures LLC ("AKF"), presents its additional and affirmative defenses, and states as follows: Limitless denies each and every allegation, statement, matter, and thing contained in AKF's Complaint except as hereinafter expressly admitted or alleged. Repetition of some of the Complaint's headings are done for organizational purposes and are not an endorsement or admission of the text of those headings.

## PRELIMINARY STATEMENT

1.     Limitless admits that AKF purports to allege a civil action for infringement of its alleged intellectual property. Limitless otherwise denies all remaining allegations of Paragraph 1 of the Complaint.

2.     Limitless is without knowledge or information sufficient to form a belief as to the truth of the allegations contained within Paragraph 2 of the Complaint and therefore denies those allegations.

3.     Limitless is without knowledge or information sufficient to form a belief as to the truth of the allegations contained within Paragraph 3 of the Complaint and therefore denies those allegations.

4.     Limitless denies the allegations of Paragraph 4 of the Complaint.

## PARTIES

5.     Limitless is without knowledge or information sufficient to form a belief as to the truth of the allegations contained within Paragraph 5 of the Complaint and therefore denies those allegations.

6.     Limitless admits the allegations of Paragraph 6 of the Complaint.

7.     Limitless is without knowledge or information sufficient to form a belief as to the truth of the allegations contained within Paragraph 7 of the Complaint and therefore denies those allegations.

8.     Limitless denies the allegations of Paragraph 8 of the Complaint.

/ /

ANSWER AND COUNTERCLAIMS

## JURISDICTION AND VENUE

9.    Limitless admits that AKF purports to allege various causes of action under federal and California state law. The allegations regarding jurisdiction over the federal and state claims state legal conclusions to which no response is necessary. To the extent a response is deemed necessary, it is admitted only that jurisdiction for this action is properly laid in the United States District Court for the Central District of California. Limitless otherwise denies all remaining allegations of Paragraph 9 of the Complaint.

10.    The venue allegations of Paragraph 10 of plaintiff's complaint state legal conclusions to which no response is necessary. To the extent a response is deemed necessary, it is admitted only that venue for this action is properly laid in the United States District Court for the Central District of California. Limitless is without knowledge or information sufficient to form a belief as to the truth of the location of AKF's principal places of business and therefore denies that allegation. Limitless otherwise denies all remaining allegations of Paragraph 10 of the Complaint.

## STATEMENT OF FACTS

11.    Limitless is without knowledge or information sufficient to form a belief as to the truth of the allegations contained within Paragraph 11 of the Complaint and therefore denies those allegations.

12.    Limitless is without knowledge or information sufficient to form a belief as to the truth of the allegations contained within Paragraph 12 of the Complaint and therefore denies those allegations.

13.    Limitless is without knowledge or information sufficient to form a belief as to the truth of the allegations contained within Paragraph 13 of the Complaint and therefore denies those allegations.

14.    Limitless is without knowledge or information sufficient to form a belief as to the truth of the allegations contained within Paragraph 14 of the Complaint and therefore denies those allegations.

/ /

**ANSWER AND COUNTERCLAIMS**

15.     Limitless is without knowledge or information sufficient to form a belief as to the truth of the allegations contained within Paragraph 15 of the Complaint and therefore denies those allegations.

16.     Limitless is without knowledge or information sufficient to form a belief as to the truth of the allegations contained within Paragraph 16 of the Complaint and therefore denies those allegations.

17.     Limitless admits that the information set forth in Paragraph 17 reflects the information filed with the United States Patent and Trademark Office. Limitless otherwise denies all remaining allegations of Paragraph 17 of the Complaint. Limitless explicitly denies that AKF's pending trademark applications provide rights upon which Limitless can rely at this time.

18.     Limitless states that Exhibits A through F of the Complaint purport to be copies of Trademark Status & Document Retrieval pages relating to AKF's alleged trademark applications and that the documents speak for themselves. Limitless otherwise denies all remaining allegations of Paragraph 18 of the Complaint.

19.     Limitless is without knowledge or information sufficient to form a belief as to the truth of the allegations contained within Paragraph 19 of the Complaint and therefore denies those allegations. Limitless notes that AKF's purported rights outside of the United States are irrelevant to the claims set forth in this Complaint.

20.     Limitless is without knowledge or information sufficient to form a belief as to the truth of the allegations contained within Paragraph 20 of the Complaint and therefore denies those allegations.

21.     Limitless is without knowledge or information sufficient to form a belief as to the truth of the allegations contained within Paragraph 21 of the Complaint and therefore denies those allegations.

22.     Limitless is without knowledge or information sufficient to form a belief as to the truth of the allegations contained within Paragraph 22 of the Complaint and therefore denies those allegations.

23.     Limitless is without knowledge or information sufficient to form a belief as to the truth of the allegations contained within Paragraph 23 of the Complaint and therefore denies those allegations.

24.     Limitless is without knowledge or information sufficient to form a belief as to the truth of the allegations contained within Paragraph 24 of the Complaint and therefore denies those allegations.

25.     Limitless denies the allegation of Paragraph 25 of the Complaint.

26.     Limitless admits that it has advertised and sold the Lookah device shown in Exhibit G at the direction and authorization of AKF and its representatives and licensees. Limitless is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained within Paragraph 26 of the Complaint and therefore denies those allegations.

27.     Limitless denies the allegation of Paragraph 27 of the Complaint.

28.     Limitless denies the allegations of Paragraph 28 of the Complaint.

29.     Limitless denies the allegations of Paragraph 29 of the Complaint.

30.     Limitless admits that it advertises, markets, offers to sell and sells or distributes various vaping products. Limitless otherwise denies all remaining allegations of Paragraph 30 of the Complaint.

31.     Limitless denies the allegations of Paragraph 31 of the Complaint.

32.     Limitless denies the allegations of Paragraph 32 of the Complaint.

33.     Limitless denies the allegations of Paragraph 33 of the Complaint.

34.     Limitless denies the allegations of Paragraph 34 of the Complaint.

35.     Limitless denies the allegations of Paragraph 35 of the Complaint.

36.     Limitless denies the allegations of Paragraph 36 of the Complaint.

## FIRST CLAIM FOR RELIEF

**(Copyright Infringement, 17 U.S.C. § 101 *et seq*., Against All Defendants)**

37.     Limitless incorporates its answers in paragraphs 1 through 36 above as if set forth fully herein.

5

38.     Limitless states that Exhibit H of the Complaint purports to be a copy of U.S. Copyright Registration No. VA 2-247-632 and the document speaks for itself. Limitless is without knowledge or information sufficient to form a belief as to the truth of the allegations contained within Paragraph 38 of the Complaint and therefore denies those allegations.

39.     Limitless denies the allegations of Paragraph 39 of the Complaint.

40.     Limitless denies the allegations of Paragraph 40 of the Complaint.

41.     Limitless denies the allegations of Paragraph 41 of the Complaint.

## SECOND CLAIM FOR RELIEF

### (Federal Unfair Competition and False Designation of Origin, 15 U.S.C. 1125(a), Against All Defendants)

42.     Limitless incorporates its answers in paragraphs 1 through 41 above as if set forth fully herein.

43.     Limitless denies the allegations of Paragraph 43 of the Complaint.

44.     Limitless denies the allegations of Paragraph 44 of the Complaint.

45.     Limitless denies the allegations of Paragraph 45 of the Complaint.

46.     Limitless denies the allegations of Paragraph 46 of the Complaint.

## THIRD CLAIM FOR RELIEF

### (California False Advertising, Cal. Bus. & Prof. Code § 17500, Against All Defendants)

47.     Limitless incorporates its answers in paragraphs 1 through 46 above as if set forth fully herein.

48.     Limitless denies the allegations of Paragraph 48 of the Complaint.

49.     Limitless denies the allegations of Paragraph 49 of the Complaint.

50.     Limitless denies the allegations of Paragraph 50 of the Complaint.

51.     Limitless denies the allegations of Paragraph 51 of the Complaint.

/ /

/ /

## FOURTH CLAIM FOR RELIEF

## (California Unfair Competition, Cal. Bus. & Prof. Code § 17200 *et. Seq.*, Against All Defendants)

52.     Limitless incorporates its answers in paragraphs 1 through 51 above as if set forth fully herein.

53.     Limitless denies the allegations of Paragraph 53 of the Complaint.

54.     Limitless denies the allegations of Paragraph 54 of the Complaint.

55.     Limitless denies the allegations of Paragraph 55 of the Complaint.

## PRAYER FOR RELIEF

Limitless denies that AKF is entitled to any of the relief requested in the Complaint or any relief whatsoever. Limitless denies all allegations in the Complaint that have not been specifically admitted in Paragraphs 1-55 above.

## ADDITIONAL AND AFFIRMATIVE DEFENSES

Pursuant to Federal Rule of Civil Procedure 8(b) and (c), without assuming any burden that it would not otherwise bear, without reducing or removing AKF's burdens of proof on its affirmative claims against Limitless, reserving its right to assert additional defenses, and affirmatively and solely to the extent deemed necessary by the Court to maintain any or all of the following defenses, Limitless asserts the following defenses to the Complaint:

## First Defense—Failure to State a Claim

The Complaint fails to state a claim upon which relief may be granted. Among other things, AKF has not and cannot prove that Limitless has infringed any valid copyright or engaged in false advertising, false designation of origin, or unfair competition.

## Second Defense—Non Infringement

Limitless' conduct was innocent, non-infringing, and not a willful infringement of any of AKF's intellectual property.

/ /

**ANSWER AND COUNTERCLAIMS**

### Third Defense—Consent and License

AKF and/or individuals with apparent authority from AKF consented to, licensed and directed Limitless' conduct, including the purchase, use, advertisement, and sale of the products at issue.

### Fourth Defense—Unclean Hands, Estoppel, Laches, Implied License, Waiver

AKF's claims for relief are barred, in whole or in part, by one or more equitable doctrines, including but not limited to unclean hands, estoppel, laches, implied license, and/or waiver.

### Fifth Defense—Acquiescence

AKF has acquiesced in any alleged copyright infringement, false designation of origin, false advertising, or unfair competition by virtue of AKF explicitly directing Limitless to purchase the now allegedly infringing product.

### Sixth Defense—Actions of Third Parties

One or more third parties are liable for the conduct alleged and will be required to answer and indemnify.

### Seventh Defense—No Rights in the CAKE Mark

AKF has no federal trademark registrations for the CAKE term and its pending applications are being blocked, in part, by third parties with prior applications for CAKE trademarks. AKF's common law rights in the alleged CAKE trademarks are nonexistent based on AFK's failure to police, enforce or properly license the marks at issue.

### Eighth Defense—No Ownership of Valid Copyright

AKF is not the author or owner of the alleged copyright and thus the copyright registration alleged by AKF is invalid.

/ /
/ /
/ /
/ /

**ANSWER AND COUNTERCLAIMS**

## COUNTERCLAIMS

Counterclaim Plaintiffs Limitless Trading Co., LLC d/b/a Cali Kulture ("Limitless") and A1 Wholesale Supply, LLC d/b/a Cali Kulture ("A1 Wholesale") as and for their counterclaims against counterclaim-defendant AK Futures LLC ("AKF") state as follows:

## PARTIES

1. Limitless is a limited liability company organized and existing under the laws of California with its principal place of business in Los Angeles, California.

2. A1 Wholesale is a limited liability company organized and existing under the laws of Georgia with its principal place of business in Atlanta, Georgia.

3. Limitless and A1 Wholesale are related companies sharing common ownership both doing business as Cali Kulture. Limitless and A1 Wholesale will collectively be referred to as "Cali Kulture."

4. On information and belief, and as averred in its Complaint, AKF is a limited liability company organized and existing under the laws of Delaware with its principal place of business in California located at 1007 West Grove Avenue, Suite B, Orange, California 92865.

5. Counter-defendants Does 1-10 are unknown agents or affiliates of the named counter-defendant, or are additional distributors or third parties that are residents of, or will be present in, the State of California and this judicial district or have transacted business in the State of California during the time period covered by these Counterclaims, and are subject to the jurisdiction of this Court. The identities and roles played by Does 1-10 are not currently known. Cali Kulture will amend the Counterclaims to include the name(s) of said persons or entities when that information becomes available.

6. On information and belief, each of the counter-defendants was the agent of each of the others and committed the acts or omissions alleged herein on behalf of each of the other counter-defendants. Counter-defendants authorized, approved, ratified, or directed

the acts or omissions of each of the other counter-defendants that are alleged herein.

## JURISDICTION AND VENUE

7.  This Court has subject matter jurisdiction over the counterclaims under 28 U.S.C. § 1367.

8.  By filing its Complaint in this District, AKF has affirmatively sought and consented to the personal jurisdiction of this Court for purposes of Cali Kulture's counterclaims. Further, the Court does have personal jurisdiction over AKF because, as averred in the Complaint, AKF has its principal place of business in this District.

9.  Venue is proper in this judicial district because, as averred in the Complaint, AKF has its principal place of business in this District. Furthermore, by maintaining its Complaint in this District, AKF has waived any objection it might have or might make to venue over Cali Kulture's counterclaims.

## STATEMENT OF FACTS

### A.    The Cali Kulture Business and Brand

10. For nearly a decade, Cali Kulture has operated as a wholesale distributor and premier source of vape, smoke, and glass products under the name and trademark Cali Kulture.

11. The Cali Kulture business and brand has nationwide presence with its locations in Los Angeles, California and Tucker, Georgia as well as its website www.calikulture.com.

12.  Understanding the frustration of sourcing relevant and profit-friendly merchandise from wholesalers, Cali Kulturewas designed to give all businesses an opportunity to thrive.

13.  The Cali Kulture business has developed an excellent reputation, including with retail businesses both small and large, and has done so by, among other things, offering quality, curated inventory.

14.  Among the individuals who are responsible for leading Cali Kulture and tirelessly building its business reputation are its Chief Executive Officer, Aleem Wadhwania

("Aleem"), and its Manager and Director of Purchasing, Amal Khan ("Amal").

**B.      AKF and its Cake Branded Products**

15.  Upon information and belief, AKF was co-founded in or around October 2020 by four original partners: James Clelland ("James"), Peter Amato ("Pete"), Devon Davis ("Devon"), and Jeffrey Meng ("Jay").

16.  Upon information and belief, AKF launched its "Cake" brand of cannabis vaping products containing delta-8 THC, in or around October 2020.

**C.      Cali Kulture and AKF's Relationships and Business Transactions**

17.  Prior to AKF's existence, Amal of Cali Kulture knew Pete when he was working for a company called Daddy's Vapors.

18.  When Amal learned that Pete was a partner at AKF, she reached out to him to inquire about purchasing Cake branded Delta-8 vaping products on behalf of Cali Kulture.

19.  From at least February 2021 to April 2021, Cali Kulture and AKF entered into several transactions whereby Cali Kulture purchased and sold hundreds of thousands of dollars worth of Cake branded Delta-8 vaping products, at the direction and authorization of AKF and its representatives.

20.  During the February 2021 to April 2021 period, Cali Kulture made substantial efforts to expand the distribution of Cake branded products on Cake's behalf. Among other things, Cali Kulture designed (with the approval of Pete) a Cake booth for the ASD Trade show at Florida. Cali Kulturespent approximately $20,000 for the booth, flyers, catalogues, marketing, and related expenses to promote the Cake brand for AKF.

21.  Over the course of just a few months, and as a result of Cali Kulture's labor and prior business connections, Cali Kulturewas distributing Cake branded products with great success.

22. Indeed, in early 2021, Cali Kulture and AKF had a mutually beneficial business relationship and Pete offered a master distribution for AKF's Cake branded products to Cali Kulture.

23. In preparation for being the master distributor of the Cake branded products, Cali Kulture took certain actions in order to bring such distribution in line with current government regulations. Based on the conversations with AKF, Cali Kulture hired an outside firm to assist with preparing and filing the appropriate documents to seek distribution licenses in each of the 50 states, to ensure compliance with the PACT Act.

24. In or around April 2021, Pete asked Cali Kulturefor an advance of money so he and his colleagues at AKF could create a new product called "Cake XL." Based on oral conversations and text messages between Pete on the one hand and Aleem and Amal on the other hand, AKF and Cali Kulture came to an agreement as follows:

- Cali Kulture would be the exclusive distributor of the new Cake XL product;
- Cali Kulture would pay AKF $1,200,000 with a payment plan of $600,000 as down payment and the remaining $600,000 payable when shipment of the new product was ready;
- AKF would send Cali Kulture 100,000 pieces of the new product, at $12 per piece;
- AKF represented that the shipment of new product would be ready in about 30 days' time.

25. Based on and in furtherance of the parties' agreement, Cali Kulture paid AKF $600,000 in mid April 2021. Specifically, in an April 19, 2021 text message, Pete provided Aleem of Cali Kulture with payment information for WM Wholesale, an entity affiliated with AKF and to whom AKF wanted the funds sent.

26. On May 10, 2021, Amal of Cali Kulture reached out to James expressing that Cali Kulture paid the $600,000 but had not received any of the promised product.

27. On May 11, 2021, James responded to Amal via text message, acknowledging receipt of the $600,000 payment and stating that it is taking time to keep up with product demand. James also conveyed that AKF was no longer shipping products from its warehouse and that products were being shipped through a third party company

called Smoke Tokes LLC ("Smoke Tokes").[1] Finally, James stated that AKF could either refund the $600,000 or that Cali Kulture could have that money go towards procuring Cake branded products from Smoke Tokes at negotiated prices (paying $15 per piece). Cali Kulture opted for the latter option and that same day, on May 11, 2021, Amal informed James that, per his direction, Limitless was procuring Cake branded products from Smoke Tokes.

28. During approximately the same time period, Aleem of Cali Kulture followed up with AKF regarding the parties' agreement. In response, Pete informed Aleem that his partner James had decided to not honor the agreement between AKF and Cali Kulture and instead James had given the entire deal to Smoke Tokes.

29. Ultimately, in order to fill its own business obligations with retailers, Cali Kulture bought Cake branded products from Smoke Tokes but was forced to do so at Smoke Tokes' desired prices because Smoke Tokes was then the current master distributor of Cake branded products.

30. As a result, Cali Kulture ended up spending approximately $675,000 on Cake branded products from Smoke Tokes using the $600,000 already paid to AKF and an additonal approximately $75,000 directly to Smoke Tokes.

31. Per Pete and James' instructions, Cali Kulture procured various Cake branded products through Smoke Tokes, including a product called Cake Lookah Seahorse Pro.

32. However, Cali Kulture lost interest in promoting and selling Cake branded products for a number of reasons. Initially, after Smoke Tokes took over the distribution of Cake branded products, Smoke Tokes began selling those products at about the same prices as Cali Kulture, resulting in Cali Kulture losing distribution sales for Cake branded products.

33. Further, AKF's conduct in not honoring its agreement with Cali Kulture regarding the Cake XL product, led Cali Kulture to the decision to no longer focus on

---

[1] Some of the parties' communications regarding Smoke Tokes interchangeably refer to "Raheel"—Smoke Toke's officer and representative.

the Cake brand altogether.

D.     **The AKF Partners' Conflicts and Litigation with Each Other and with Other Companies in the Vaping Products Market**

34. Upon information and belief, the partners of AKF had various internal disputes with one another, culminating in Pete exiting the company in mid-2021.

35. Upon information and belief, Pete either left or was forced out of AKF and has since come out with a new vaping product line called "Dough."

36. On June 9, 2021, the remaining AKF partners filed a lawsuit against Pete, claiming wide-ranging misconduct, including that Pete took bribes, sold product off a warehouse loading dock, and built a competing business using trade secrets. That lawsuit was filed in Delaware Chancery Court and is styled as *WM Wholesale LLC v. Peter Amato* (Del. Ch. Case No. 2021-0493).

37. On June 10, 2021, AKF filed a lawsuit against a company called Green Buddha, LLC, which lawsuit is styled as *AK Futures LLC v. Green Buddha, LLC* (C.D. Cal. Case No. 8:21-cv-01028). That lawsuit alleges, among other things, that Green Buddha, LLC sold counterfeit Cake branded products.

38. On June 10, 2021, AKF filed a lawsuit against a company called Boyd Street Distro LLC, which lawsuit is styled as *AK Futures LLC v. Boyd Street Distro LLC* (C.D. Cal. Case No. 8:21-cv-01027). That lawsuit alleges, among other things, that Boyd Street Distro LLC sold counterfeit Cake branded products.

39. On June 16, 2021, AKF filed a lawsuit against Smoke Tokes, alleging similar allegations that Smoke Tokes sold counterfeit Cake branded products. That lawsuit is styled as *AK Futures LLC v. Smoke Tokes LLC* (C.D. Cal. Case No. 8:21-cv-01061).

40. On July 2, 2021, AKF filed the instant lawsuit against Limitless, alleging, among other things, that Limitless sold counterfeit Cake branded products.

41. Upon information and belief, AKF partner Davis passed away on July 10, 2021.

E.     **AKF's Derogatory Statements Against Cali Kulture**

42. Since filing the lawsuit agaist Limitless, AKF and/or representatives of AKF

14

have engaged in a campaign to ruin Cali Kulture's business reputation.

43.  Among other things, AKF and/ or its representatives have posted defamatory statements on various social media platforms.

44. For example, they have posted on Instagram, stating that "aleem@ cali culture (atlanta, los angeles)" is among "companies [that] have a <u>FINANCIAL INTEREST</u> in spreading <u>LIES</u> about cake and cake's owners and are <u>NOT</u> to be trusted." *See* **Exhibit A**.

45. As another example, they have posted on Facebook, stating:

> Dead ass serious post:
> Y'all really need your own ideas. Stop copying every damn thing we do it's absurd. You look dumb honestly and on top of that you can't get the recipes anyway so you just look uninspired and like the knock off company you are. Typical corny distro shit. If I hear it again I'm blasting your whole shit Cali Culture plus we already sued you for selling fake CAKE to begin with. Not scared of smoke with none of you honestly this is getting ridiculous.

*See* **Exhibit B**.

46. Other social media posts from AKF state or insinuate that Cali Kulture peddles "fake" products. *See* **Exhibit C**.

47. Such social media posts are publicly visible online and have been disseminated to Cali Kulture's vaping products customers and potential customers.

**F.     AKF's Business Tactics are Improper**

48.  Upon information and belief, AKF's strategy was to use Cali Kulture to distribute Cake branded products to all of Cali Kulture's customers and its distribution network. Once Cali Kulture sold the products and introduced Cake branded products to the key market players, AKF cut Cali Kulture out, transacted directly with buyers, and undercut Cali Kulture's prices.

49.  To add insult to injury, AKF has tarnished Cali Kulture's business reputation with false statements so as to handicap Cali Kulture's ability to replace AKF's brand with another up and coming delta 8 brand.

**ANSWER AND COUNTERCLAIMS**

50.  AKF is continuing to defame Cali Kulture's reputation and the Cali Kulture brand that the companieshave spent nearly a decade to build.

## COUNTERCLAIM I

### (Breach of Contract Against AKF)

51.Cali Kulture incorporates the allegations in paragraphs 1 through 50 of the Counterclaims above as if set forth fully herein.

52. In or around April 2021, through oral conversations and text messages, Cali Kulture and AKF formed and entered into an agreement whereby, in exchange for Cali Kulture paying $1,200,000 (with $600,000 as down payment and the remaining $600,000 payable when the products were ready), AKF would provide 100,000 units of a newly developed "Cake XL" vaping product and allow Cali Kulture to be the exclusive distributor of the new Cake XL product in the United States.

53. Cali Kulture performed its part of the agreement by paying AKF the $600,000 down payment and following AKF's instructions to submit the payment through WM Wholesale.

54. Cali Kulture was excused from making the remaining $600,000 because AKF failed to deliver the products as it had agreed or to allow Cali Kulture to act as the exclusive distributor of the products.

55.  Indeed, AKF breached the agreement by not providing Cali Kulture with the Cake XL" vaping product or making Cali Kulture the exclusive distributor of such a product.

56. Instead, AKF represented that Smoke Tokes was its exclusive distributor for the Cake branded line of vaping products and that Cali Kulture could and should procure Cake branded products from Smoke Tokes at Smoke Tokes' desired prices.

57.  As a result, Cali Kulture was damaged because, among other things, it did not receive the benefit of its bargain, had to spend an additional approximately $75,000 to Smoke Tokes to cover for the Cake branded inventory it purchased, and lost distribution sales to Smoke Tokes, which began selling the products at about the same prices as Cali Kulture.

**ANSWER AND COUNTERCLAIMS**

## COUNTERCLAIM II

### (Defamation Against All Counter-Defendants)

58. Cali Kulture incorporates the allegations in paragraphs 1 through 57 of the Counterclaims above as if set forth fully herein.

59. AKF, its representatives, and other Counter-Defendants have made and continue to make false statements of fact regarding Cali Kulture and its Cali Kulture brand. For example, AKF's founders have posted on social media platforms that Cali Kulture peddles "fake" products and is a knock off company as outlined in the Exhibits attached hereto.

60. AKF and Counter-Defendants have published these and similar statements to third parties (including to Cali Kulture vaping products customers and potential customers) at least through social media platforms such as Facebook and Instagram. *See* **Exhibits A-C**.

61. AKF and Counter-Defendants have made these false and unprivileged statements recklessly or intentionally. AKF is well aware that Cali Kulture had procured its Cake branded products from Smoke Tokes *at AKF's direction* and that Cali Kulture is not in the business of peddling fakes and knock offs.

62. AKF was aware that Cali Kulturesourced its Cake branded products from Smoke Tokes, at AKF's direction, which AKF had represented was its exclusive distributor. To the extent that Smoke Tokes may have sold to Cali Kulture un-authentic Cake branded products, Cali Kulture did not know and had no way of knowing if any goods were not genuine or authorized.

63. As a result of the defamatory statements, Cali Kulturebusiness reputation and the Cali Kulture brand have been damaged. Cali Kulture has spent nearly a decade building a good reputation, including a reputation for being the premier source of vape and smoke products. AKF's statements paint Cali Kulture as a knock off company and tarnish its reputation.

/ /

## COUNTERCLAIM III

## (California Unfair Competition, Cal. Bus. & Prof. Code § 17200 *et seq*.

## Against All Counter-Defendants)

64. Cali Kulture incorporates the allegations in paragraphs 1 through 63 of the Counterclaims above as if set forth fully herein.

65. As stated above, Counter-Defendants' conduct constitute breach of contract and defamation.

66. Additionally, upon information and belief, AKF's strategy was to use Cali Kultureto introduce and distribute Cake branded products to all of Cali Kulture'scustomers and its distribution network, then cut Cali Kulture out and transact business directly with buyers whose business Cali Kulture had developed. AKF's defamatory comments are then aimed at handicapping Cali Kulture from introducing the buyers to another brand of vaping products.

67. Counter-Defendants' above-described conduct constitutes unlawful and unfair business practices in violation of California Business & Professions code sections 17200 *et seq*.

68. Cali Kulture has lost money and suffered substantial injury as a result of Counter-Defendants' wrongful acts. Counter-Defendants' misconduct has also caused, and is continuing to cause, irreparable injury to Cali Kulture for which there is no adequate remedy at law.

## COUNTERCLAIM IV

## (Unjust Enrichment Against All Counter-Defendants)

69. Cali Kulture incorporates the allegations in paragraphs 1 through 68 of the Counterclaims above as if set forth fully herein.

70. AKF and Counter-defendants benefitted from Cali Kulture's actions, including Cali Kulture introducing and distributing Cake branded products to all of Cali Kulture's customers and its distribution network. Indeed, Cali Kulture made substantial efforts to expand the distribution of Cake branded products on Cake's behalf. Among other

18

things, Cali Kulture designed (with the approval of Pete) a Cake booth for the ASD Trade show at Florida. Cali Kulture spent approximately $20,000 for the booth, flyers, catalogues, marketing, and related expenses to promote the Cake brand for AKF. Cali Kulture also spent significant money obtaining PACT Act licenses to distribute the Cake brand for AKF after discussions with AKF.  Over the course of just a few months, and as a result of Cali Kulture's labor and prior business connections, Cali Kulture was distributing Cake branded products with great success.

71. AKF encouraged, accepted, and retained the benefits Cali Kulture conferred on AKF and the Cake branded products.

72.  Under the circumstances described above, it is unjust for AKF and Counter-defendants to retain the benefits conferred by Cali Kulture and at Cali Kulture'sexpense. Instead of rewarding Cali Kulture and following through with the promised exclusive distribution agreement with Cali Kulture, AKF has instead undercut Cali Kulture in the marketplace and defamed Cali Kulture on public platforms.

73.  As a result of AKF and Counter-defendants' conduct, Cali Kulture has suffered damages and is entitled to restitution of the amounts wrongfully retained by AKF and Counter-defendants at Cali Kulture'sexpense.

**WHEREFORE,** Cali Kulture prays for relief as follows:

1.  That AKF take nothing by its Complaint and that the Complaint be dismissed with prejudice in its entirety;

2.  That the Court enter a preliminary and permanent injunction enjoining and restraining AKF, its  associates, agents, employees, officers, members, directors, and representatives, from making, publishing, posting, disseminating, or distributing defamatory statements or content about Cali Kulture;

3.  That the Court enter judgment in favor of Cali Kultureand against AKF on Cali Kulture'sCounterclaims and Additional and Affirmative Defenses in an amount to be determined at trial;

**ANSWER AND COUNTERCLAIMS**

4. An award of costs in this action including attorneys' fees if permitted by law or contract.

5. Such other and further relief available at law or in equity as the Court deems just and proper.

***

## **DEMAND FOR JURY TRIAL**

Cali Kulture demands trial by jury on all issues so triable.

Dated:  August 13, 2021                    **BARNES & THORNBURG LLP**

By:  */s/ Roya Rahmanpour*
Roya Rahmanpour

Attorney for LIMITLESS
TRADING CO., LLC and A1
WHOLESALE SUPPLY, LLC

# EXHIBIT A



Instagram



**eatcake**   Follow   •••

1 post       **15.1k** followers       **1,342** following

🍰 CAKE 🍰
🟡 orange county, ca

9.) the companies listed below have a
**FINANCIAL INTEREST** in spreading **LIES**
about cake and cake's owners and are **NOT**
to be trusted. they **WILL NEVER** have
authentic cake product ever again

raheel/jumanji @ smoke tokes (los angeles)
aleem @ cali kulture (atlanta, los angeles)
nick @ d2d distro (new york)
sonny @ world of lotus (florida)
elements distribution (georgia)
daniel @ linse lighters (los angeles)

**SCROLL** 👈👈👈👈👈

**SCROLL** 👈👈👈👈👈

**eatcake**   •••

**eatcake** OFFICIAL STATEMENT
2d

**jango.juice** Yeah man to be
honest because of these people. I
always thoughts your brand was a
shit dank woods copy.. I'm glad
you're clearing this up. Been
seeing your name everywhere on
things that are CLEARLY fake.
1d   Reply

**righttoremainviolent** How could
one tell if a local shop was selling
fakes?

♡  💬  ✈                          🔖

**71 likes**

2 DAYS AGO

😊  Add a comment...                Post

About   Blog   Jobs   Help   API   Privacy   Terms   Top Accounts   Hashtags   Locations
Beauty   Dance   Fitness   Food & Drink   Home & Garden   Music   Visual Arts

English ∨   © 2021 Instagram from Facebook

# EXHIBIT B



**Peter Joseph**
9m · 🌐

Dead ass serious post:
Y'all really need your own ideas. Stop copying every damn thing we do it's absurd. You look dumb honestly and on top of that you can't get the recipes anyway so you just look uninspired and like the knock off company you are. Typical corny distro shit. If I hear it again I'm blasting your whole shit Cali Culture plus we already sued you for selling fake CAKE to begin with. Not scared of smoke with none of you honestly this is getting ridiculous.

 1

# EXHIBIT C

*Instagram*



eatcake   **Follow**

1 post     **15.1k** followers     **1,340** following

🍰 CAKE 🍰
🌼 orange county, ca
🚫 must be 21+ to follow
🍰 nothing for sale







**CALL OUT**     **AUTHORIZ...**     **AUTHENTIC**     **FAKE!!!**     **1010 KITS**

⊞ POSTS          👤 TAGGED

**THERE ARE A FEW THINGS THAT NEED TO BE ADDRESSED**

1.) contrary to the rumors our ex-distributors have been spreading, cake **NEVER** shut down. as we worked to meet the explosive growth of our brand, we relied on distributors who we later found out were **ABUSING OUR PRODUCTS** and **SELLING FAKES**. these distributors **SPREAD LIES** to help sell their fakes

**SCROLL** 👉👉👉👉👉👉

About   Blog   Jobs   Help   API   Privacy   Terms   Top Accounts   Hashtags   Locations
Beauty   Dance   Fitness   Food & Drink   Home & Garden   Music   Visual Arts

English ⌄     © 2021 Instagram from Facebook



Instagram



**eatcake**   Follow   •••

1 post      **15.1k** followers      **1,342** following

🎂 CAKE 🎂
🟡 orange county, ca

**THERE ARE A FEW THINGS THAT NEED TO BE ADDRESSED**

1.) contrary to the rumors our ex-distributors have been spreading, cake <u>NEVER</u> shut down. as we worked to meet the explosive growth of our brand, we relied on distributors who we later found out were <u>ABUSING OUR PRODUCTS</u> and <u>SELLING FAKES</u>. these distributors <u>SPREAD LIES</u> to help sell their fakes

**SCROLL** 👉👉👉👉👉👉

**SCROLL** 👉👉👉👉

○ ○ ○ ○ ○ ○ ○ ○ ○ ○

›

**eatcake**   •••

**eatcake** OFFICIAL STATEMENT
2d

**jango.juice** Yeah man to be honest because of these people. I always thoughts your brand was a shit dank woods copy.. I'm glad you're clearing this up. Been seeing your name everywhere on things that are CLEARLY fake.
1d   Reply

**righttoremainviolent** How could one tell if a local shop was selling fakes?

♡  ○  ◁

**71 likes**

2 DAYS AGO

😊  Add a comment...                Post

About   Blog   Jobs   Help   API   Privacy   Terms   Top Accounts   Hashtags   Locations

Beauty   Dance   Fitness   Food & Drink   Home & Garden   Music   Visual Arts

English ⌄   © 2021 Instagram from Facebook



**Instagram**





**eatcake**   Follow   •••

1 post      **15.1k** followers      **1,342** following

🍰 CAKE 🍰
🟡 orange county, ca

2.) cake has <u>NEVER</u> been "raided" by the DEA. cake has <u>NEVER</u> been sued by anyone. cake has <u>NEVER</u> had an issue with any government agency. the people spreading these rumors are <u>LYING</u> to make <u>MONEY</u> by attempting to kill cake's business and sell counterfeit products

3.) cake is suing <u>CALI KULTURE</u> and <u>SMOKE TOKES</u> for the damage they have done

SCROLL 👆👆👆👆👆👆

SCROLL 👆👆👆👆👆

**eatcake**   •••

**eatcake** OFFICIAL STATEMENT
2d

**jango.juice** Yeah man to be honest because of these people. I always thoughts your brand was a shit dank woods copy.. I'm glad you're clearing this up. Been seeing your name everywhere on things that are CLEARLY fake.
1d   Reply

**righttoremainviolent** How could one tell if a local shop was selling fakes?

♡  ♡  ✈                    🔖

**71 likes**

2 DAYS AGO

☺  Add a comment...                    Post

About   Blog   Jobs   Help   API   Privacy   Terms   Top Accounts   Hashtags   Locations
Beauty   Dance   Fitness   Food & Drink   Home & Garden   Music   Visual Arts

English ∨   © 2021 Instagram from Facebook

Document title: 🍰   CAKE 🍰   (@eatcake) • Instagram photos and videos
Capture URL: https://www.instagram.com/p/CSSpSllpQQM/
Capture timestamp (UTC): Tue, 10 Aug 2021 00:08:42 GMT



**Instagram**



eatcake    Follow    • • •

1 post      **15.1k** followers      **1,342** following

🎂 CAKE 🎂
🟡 orange county, ca



eatcake    • • •

eatcake OFFICIAL STATEMENT
2d

4.) cake was started in october of 2020 by four original partners: <u>JAMES</u>, <u>PETE</u>, <u>DEV</u>, and <u>JAY</u>. dev tragically passed away on 7.10.2021

**jango.juice** Yeah man to be honest because of these people. I always thoughts your brand was a shit dank woods copy.. I'm glad you're clearing this up. Been seeing your name everywhere on things that are CLEARLY fake.
1d    Reply

5.) after having brief internal issues with pete and working through them, pete is back on board and cake is moving full-steam ahead.

**righttoremainviolent** How could one tell if a local shop was selling fakes?

**SCROLL** 👉👉👉👉👉👉

♡  ○  ◁                              ⊡

**71 likes**

2 DAYS AGO

● ● ● ● ● ● ● ● ● ●

☺  Add a comment...                Post

**SCROLL** 👉👉👉👉👉

About    Blog    Jobs    Help    API    Privacy    Terms    Top Accounts    Hashtags    Locations
Beauty    Dance    Fitness    Food & Drink    Home & Garden    Music    Visual Arts

English ∨    © 2021 Instagram from Facebook



Instagram



**eatcake**   Follow   •••

1 post   **15.1k** followers   **1,342** following

🍰 CAKE 🍰
🟡 orange county, ca

6.) there are <u>NO</u> distributors or manufacturers that <u>OWN ANY PERCENTAGE</u> or interest in cake. cake has <u>NEVER</u> sold any of its company shares to <u>ANY</u> distributor or manufacturer. the three remaining original partners maintain <u>FULL CONTROL</u> of the cake brand. anyone who tells you they are an owner of cake that isn't james, jay, or pete is <u>LYING</u> to push their competing products.

**SCROLL** 👉👉👉👉👉👉

• • • • • • • • • •

**SCROLL** 👉👉👉👉👉

**eatcake**   •••

**eatcake** OFFICIAL STATEMENT
2d

**jango.juice** Yeah man to be honest because of these people. I always thoughts your brand was a shit dank woods copy.. I'm glad you're clearing this up. Been seeing your name everywhere on things that are CLEARLY fake.
1d   Reply

**righttoremainviolent** How could one tell if a local shop was selling fakes?

♡   💬   ✈                          🔖

**71 likes**

2 DAYS AGO

☺   Add a comment...                Post

About   Blog   Jobs   Help   API   Privacy   Terms   Top Accounts   Hashtags   Locations
Beauty   Dance   Fitness   Food & Drink   Home & Garden   Music   Visual Arts

English ⌄   © 2021 Instagram from Facebook



Instagram



**eatcake**   Follow   ...

1 post     **15.1k** followers     **1,342** following

🎂 CAKE 🎂

🟡 orange county, ca

7.) these <u>RIP-OFF</u> "brands" are <u>NOT</u> made by cake or associated with us in anyway:

PIE, BAKE, BAKED, SHAKE, CUPCAKE, DRIP IT

8.) in fact, they are all in the process of being <u>AGGRESSIVELY SUED</u> for trademark infringement. if you don't see the brand on this instagram page, <u>IT IS NOT MADE BY CAKE</u>

SCROLL 👉👉👉👉👉

SCROLL 👉👉👉👉👉

**eatcake**   ...

**eatcake** OFFICIAL STATEMENT

2d

**jango.juice** Yeah man to be honest because of these people. I always thoughts your brand was a shit dank woods copy.. I'm glad you're clearing this up. Been seeing your name everywhere on things that are CLEARLY fake.

1d   Reply

**righttoremainviolent** How could one tell if a local shop was selling fakes?

♡ ○ ⊲                                    🔖

**71 likes**

2 DAYS AGO

☺   Add a comment...                    Post

About   Blog   Jobs   Help   API   Privacy   Terms   Top Accounts   Hashtags   Locations

Beauty   Dance   Fitness   Food & Drink   Home & Garden   Music   Visual Arts

English ⌄   © 2021 Instagram from Facebook



Instagram



**eatcake**    Follow   •••

1 post    **15.1k** followers    **1,342** following

🎂 CAKE 🎂
🟡 orange county, ca

9.) the companies listed below have a
**FINANCIAL INTEREST** in spreading **LIES**
about cake and cake's owners and are **NOT**
to be trusted. they **WILL NEVER** have
authentic cake product ever again

raheel/jumanji @ smoke tokes (los angeles)
aleem @ cali kulture (atlanta, los angeles)
nick @ d2d distro (new york)
sonny @ world of lotus (florida)
elements distribution (georgia)
daniel @ linse lighters (los angeles)

SCROLL 

SCROLL 👈👈👈👈👈👈

**eatcake**    •••

**eatcake** OFFICIAL STATEMENT
2d

**jango.juice** Yeah man to be
honest because of these people. I
always thoughts your brand was a
shit dank woods copy.. I'm glad
you're clearing this up. Been
seeing your name everywhere on
things that are CLEARLY fake.
1d   Reply

**righttoremainviolent** How could
one tell if a local shop was selling
fakes?

❤️  💬  ➤                              🔖

**71 likes**

2 DAYS AGO

☺  Add a comment...                    Post

About   Blog   Jobs   Help   API   Privacy   Terms   Top Accounts   Hashtags   Locations
Beauty   Dance   Fitness   Food & Drink   Home & Garden   Music   Visual Arts

English ∨   © 2021 Instagram from Facebook



Instagram





**eatcake**   Follow   ...

1 post    **15.1k** followers    **1,342** following

🎂 CAKE 🎂

 orange county, ca

**eatcake**   ...

**eatcake** OFFICIAL STATEMENT
2d

10.) listed below are cake's **OFFICIALLY AUTHORIZED MASTER DISTRIBUTORS**

ram international (houston)
royal smoke and vapor (dallas)
sunrise wholesale (georgia)
american distributors (chicago)

you should **ONLY** buy cake products from the master distributors listed above. follow @EATCAKE on instagram to make sure the product you're purchasing is authentic

SCROLL 👉👉👉👉👉

SCROLL 👉👉👉👉👉

**jango.juice** Yeah man to be honest because of these people. I always thoughts your brand was a shit dank woods copy.. I'm glad you're clearing this up. Been seeing your name everywhere on things that are CLEARLY fake.
1d   Reply

**righttoremainviolent** How could one tell if a local shop was selling fakes?

♡ 💬 ✈             🔖

**71 likes**

2 DAYS AGO

☺ Add a comment...              Post

About   Blog   Jobs   Help   API   Privacy   Terms   Top Accounts   Hashtags   Locations
Beauty   Dance   Fitness   Food & Drink   Home & Garden   Music   Visual Arts

English ∨    © 2021 Instagram from Facebook



**eatcake** Follow •••

1 post   **15.1k** followers   **1,342** following

🍫 CAKE 🍫

🟡 orange county, ca

11.) if your shop was <u>TAKEN ADVANTAGE OF</u> by a dishonest distributor and would like to come forward and provide invoices, text messages, emails, or any other info related counterfeit cake products, please email <u>FAKECAKEREPORT@GMAIL.COM</u>

all reports will be <u>COMPLETELY ANONYMOUS</u>. our goal is to trace the counterfeits back to the <u>SOURCE</u>. we have <u>NO</u> interest in prosecuting stores who bought fake cake products thinking they were authentic.

**SCROLL** 

SCROLL 👉👉👉👉👉

**eatcake** •••

**eatcake** OFFICIAL STATEMENT
2d

**jango.juice** Yeah man to be honest because of these people. I always thoughts your brand was a shit dank woods copy.. I'm glad you're clearing this up. Been seeing your name everywhere on things that are CLEARLY fake.
1d   Reply

**righttoremainviolent** How could one tell if a local shop was selling fakes?

♡ ○ ⊲                              🔖

**71 likes**

2 DAYS AGO

☺ Add a comment...                Post

About   Blog   Jobs   Help   API   Privacy   Terms   Top Accounts   Hashtags   Locations
Beauty   Dance   Fitness   Food & Drink   Home & Garden   Music   Visual Arts

English ⌄   © 2021 Instagram from Facebook

Document title: ☐ CAKE ☐ (@eatcake) • Instagram photos and videos
Capture URL: https://www.instagram.com/p/CSSpSIlpQQM/
Capture timestamp (UTC): Tue, 10 Aug 2021 00:10:31 GMT



**Instagram** 



eatcake    **Follow**    •••

1 post    **15.1k** followers    **1,342** following

🍰 CAKE 🍰
🟡 orange county, ca

12.) if you cooperate with our legal team and their investigations, we will provide you with **VIP ACCESS** to **BRAND NEW** authentic cake products as a reward for showing your loyalty to the cake brand. check our stories and highlights to see our **BRAND NEW** products **AVAILABLE NOW**

**SCROLL** 👈👈👈👈👈

• • • • • • • • • • •

**SCROLL** 👈👈👈👈👈

eatcake    •••

eatcake OFFICIAL STATEMENT
2d

**jango.juice** Yeah man to be honest because of these people. I always thoughts your brand was a shit dank woods copy.. I'm glad you're clearing this up. Been seeing your name everywhere on things that are CLEARLY fake.
1d   Reply

**righttoremainviolent** How could one tell if a local shop was selling fakes?

**71 likes**
2 DAYS AGO

😊 Add a comment...    Post

About   Blog   Jobs   Help   API   Privacy   Terms   Top Accounts   Hashtags   Locations
Beauty   Dance   Fitness   Food & Drink   Home & Garden   Music   Visual Arts

English ⌄    © 2021 Instagram from Facebook

Document title: 🍰   CAKE 🍰   (@eatcake) • Instagram photos and videos
Capture URL: https://www.instagram.com/p/CSSpSllpQQM/
Capture timestamp (UTC): Tue, 10 Aug 2021 00:10:46 GMT



**Instagram**



**eatcake**   Follow   •••

1 post     **15.1k** followers     **1,342** following

🍰 CAKE 🍰
🟡 orange county, ca

thank you again for your continued support of cake. we will continue to lead the market and to serve our loyal customers with the most innovative, highest quality products available. moving forward we will do everything in our power to ensure that cake's suppliers and distributors practice the same **ETHICS** that we as a company and as people choose to live by.

—   JAMES

• • • • • • • • •

SCROLL 👆👆👆👆👆

**eatcake**     •••

**eatcake** OFFICIAL STATEMENT
2d

**jango.juice** Yeah man to be honest because of these people. I always thoughts your brand was a shit dank woods copy.. I'm glad you're clearing this up. Been seeing your name everywhere on things that are CLEARLY fake.
1d   Reply

**righttoremainviolent** How could one tell if a local shop was selling fakes?

♡   ○   ◁                    🔖

**71 likes**

2 DAYS AGO

☺  Add a comment...              Post

About   Blog   Jobs   Help   API   Privacy   Terms   Top Accounts   Hashtags   Locations

Beauty   Dance   Fitness   Food & Drink   Home & Garden   Music   Visual Arts

English ∨   © 2021 Instagram from Facebook

Document title: 🍰   CAKE 🍰   (@eatcake) • Instagram photos and videos
Capture URL: https://www.instagram.com/p/CSSpSlIpQQM/
Capture timestamp (UTC): Tue, 10 Aug 2021 00:10:59 GMT
Page 1 of 1

9:44



**FAKE!!!** 3W

**CALI KULTURE IS NOT AN AUTHORIZED DISTRIBUTOR AND IS BEING SUED BY CAKE**

4.0 ★★★★★ (38)

Vaporizer store in Los Angeles, California · Closed



| OVERVIEW | REVIEWS | PHOTOS | ABOUT |





In-store shopping



306 Wall St, Los Angeles, CA 90013



Closed · Opens 8AM Mon ⌄

More about Cali Kulture >

Send Message




9:45

CALL OUT 5d

SMOKE TOKES LLC, a California limited liability company; and DOES 1-10,

Defend

INFRINGEMENT, 17 U.S.C. § 101 ET SEQ.;

(2) FEDERAL UNFAIR COMPETITION AND FALSE DESIGNATION OF ORIGIN, 15 U.S.C. § 1125(a);

(3) CALIFORNIA FALSE ADVERTISING, CAL. BUS. & PROF. CODE § 17500; AND

(4) CALIFORNIA UNFAIR COMPETITION, CAL. BUS. & PROF. CODE § 17200 ET. SEQ.

JURY TRIAL

CENTRAL DISTRICT OF CALIFORNIA


**BUT YOU DON'T GET TO KEEP THE MONEY**

AK FUTURES LLC,

Case No.

COMPLAINT FOR

(1) COPYRIGHT INFRINGEMENT, 17 U.S.C. § 101 ET SEQ.;

LIMITLESS TRADING CO., LLC d/b/a **CALI KULTURE**, a California limited liability company; and DOES 1-10, Defendants.

(2) FEDERAL UNFAIR COMPETITION AND FALSE DESIGNATION OF ORIGIN, 15 U.S.C. § 1125(a);

Send Message