JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AK FUTURES LLC,<br><br>    Plaintiff,<br><br>v.<br><br>LIMITLESS TRADING CO., LLC d/b/a CALI KULTURE, a California limited liability company; A1 WHOLESALE SUPPLY, LLC d/b/a CALI KULTURE, a Georgia limited liability company; ALEEM WADHWANIA, an individual; NURUDDIN WADHWANIA, an individual; and DOES 1-10,<br><br>    Defendants. | Case No. 8:21-cv-01154-JVS-ADS<br><br>**JUDGMENT AND PERMANENT INJUNCTION** |
| LIMITLESS TRADING CO., LLC d/b/a CALI KULTURE; and A1WHOLESALE SUPPLY, LLC d/b/a CALI KULTURE<br><br>    Counter-claimants,<br><br>v.<br><br>AK FUTURES LLC, a Delaware limited liability company; and DOES 1-10<br><br>    Counter-defendants. | |

AK Futures operative First Amended Complaint [Dkt 22] seeks permanent injunction, statutory damages, actual damages, and recovery of attorneys' fees and costs, though this Judgment need not be limited to precisely what is sought in the Complaint, see Rule 54(c).

Counterclaim Plaintiffs' operative Answer To First Amended Complaint and Counterclaim [Dkt 48] seeks monetary damages and injunctive relief, but nothing is awarded thereon.

THEREFORE,

A.   Judgment is entered in favor of AK Futures and against all Defendants, on all claims for relief averred in the First Amended Complaint [Dkt 22]. Judgment is entered in favor of Counterclaim Defendants, against all Counterclaim Plaintiffs, on all claims for relief averred in the Counterclaim [Dkt 40].

B.   **Statutory Damages.** A money judgment shall be, and hereby is, entered in favor of AK Futures, and against all Defendants, jointly and severally, in the amount of $50,000.00, for willful infringement of AK Futures' copyrighted CAKE design, pursuant to 17 U.S.C. § 504.

C.   **Attorney's Fees**.  AK Futures shall further be awarded its reasonable attorneys' fees and costs against all Defendants, in the amount of $50,000.00.

D.   **Total Monetary Judgment Amount**. Adding together the amounts above without duplication, the total monetary judgment entered in favor of AK Futures, and against all Defendants, jointly and severally, is $100,000.00, of which $100,000.00 has been satisfied.

E.   **Interest.** The unsatisfied portion of this total monetary judgment amount, if any, will bear interest at the judgment rate from the date of this judgment until paid pursuant to 28 U.S.C. § 1961.

F.  Defendants LIMITLESS TRADING CO., LLC d/b/a CALI KULTURE, a California limited liability company; A1 WHOLESALE SUPPLY, LLC d/b/a CALI KULTURE, a Georgia limited liability company; ALEEM WADHWANIA,

and NURUDDIN WADHWANIA (collectively, the "Defendants"), and their partners, officers, directors, agents, employees, owners, and representatives, and all persons, firms, and corporations who are in active concert or participation with any of them, as described in Federal Rules of Civil Procedure Rule 65(d)(2) (the "Enjoined Persons"), are hereby PERMANENTLY RESTRAINED AND ENJOINED FROM:

    i. using, on or in connection with the manufacture, import, distribution, advertisement, marketing, promotion, offering for sale, or sale of any products or services, any copy or colorable imitation of AK Future's CAKE trademarks, or anything confusingly similar thereto, including but not limited to CAKE, the stylized CAKE mark depicted in U.S. Trademark Application Serial Nos. 90594523 and 90686598, and the cake logo depicted in U.S. Trademark Application Serial Nos. 90594382 and 90624745;

    ii. reproducing, distributing copies of, and/or displaying to the public the Cake design that is the subject of U.S. Copyright Reg. No. VA 2-247-632 or any colorable imitation thereof;

    iii. creating, using, distributing copies of, and/or displaying to the public any derivative work of the Cake design that is the subject of U.S. Copyright Reg. No. VA 2-247-632;

    iv. representing directly or indirectly, in any form or manner whatsoever, that any Enjoined Persons or their business, products or services are in any manner associated with, sponsored by, or approved by AK Futures, or CAKE trademarks, or otherwise taking any action likely to cause confusion, mistake or deception on the part of purchasers as to the source, origin or sponsorship of the Enjoined Persons business, products or services; and

    v. assisting, aiding, or abetting any person or business entity in engaging in or performing any of the activities referred to in subparagraphs (i) through (iv) above.

G. The Enjoined Persons as identified in Paragraph F above, shall destroy all products, labels, signs, prints, packages, wrappers, receptacles, boxes, files, images, advertisements, and promotions or materials in any other form in their possession that depicts, uses, or copies AK Futures' intellectual properties or similar names or marks as described above.

H. The Enjoined Persons are further directed to file with this Court and serve upon AK Futures within 30 days after entry of the injunction a report in writing under oath setting forth in detail the manner and form in which the Enjoined Persons have complied with the judgment and permanent injunction and ceased all offering or promoting of unauthorized and inauthentic CAKE-branded goods.

Dated: August 4, 2022

United States District Court Judge
The Honorable James V. Selna